DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**C.G.K.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D13-3436, 4D13-3440, 4D13-3441, 4D13-3442, 4D13-3443 and
4D13-3444

[November 12, 2014]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case Nos. 432011CJ000462A, 432011CJ000648A, 432011CJ000649, 432011CJ000650A, 432013CJ000115A, and 432013CJ000163A.

Carey Haughwout, Public Defender, and Emily Ross-Booker, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allen R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm without discussion appellant's withheld adjudication of delinquency and delinquency disposition for violation of probation. However, we remand for the trial court to correct the written order to reflect the trial court's oral pronouncement of disposition. At the violation of probation hearing, the trial court's oral pronouncement was that it would *withhold* adjudication. However, it appears that due to a scrivener's error, the trial court's disposition indicates that "the child is adjudicated delinquent." In criminal proceedings, where a trial court's oral pronouncement is unambiguous, the oral pronouncement controls over the written order. *See Briggs v. State*, 936 So. 2d 789 (Fla. 4th DCA 2006).

*Affirmed and remanded for correction of written order.*

WARNER, MAY and CONNER, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*